IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 2:12-CR-0054(2) |
| MARCOS ANTONIO MONARREZ-MENDOZA | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING DEFENDANT'S MOTION TO SUPPRESS

On March 6, 2013, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress filed by defendant, MARCOS ANTONIO MONARREZ-MENDOZA, be denied. Objections to the Report and Recommendation were due on March 12, 2013. To date, neither party has submitted objections.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by defendant is DENIED.

IT IS SO ORDERED.

ENTERED this 13th day of March 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE